DEBORAH M. SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CHANH VAN NGUYEN,** <br><br> Defendant | Case Number <br><br> **COUNT I** <br> Theft <br> (Class A Misdemeanor) <br> Violation of 18 U.S.C. § 641 <br><br><br> **INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT I</u>

That on or about the 14th day of December, 2005, at or about the Main Post Exchange, on Fort Wainwright, Alaska, a military reservation acquired for the use of the United States and under the concurrent jurisdiction thereof, in the District of Alaska, the defendant, CHANH VAN NGUYEN, did steal from the Army and Air Force Exchange Service property of some value, to wit: One Lapel Pen, in violation of 18 U.S.C. § 641.

Dated this __17th  day of _____February____, 2006, at Fairbanks, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney


s/J. Thomas Bartleson
J. THOMAS BARTLESON
Special Assistant U.S Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax: (907)353-6501
Email:  tom.bartleson@us.army.mil
Bar #: