AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>CHANH V NGUYEN | SUPPLEMENTAL SUMMONS IN A CRIMINAL CASE<br><br>Case Number: 4:06-cr-00007-TWH |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283<br><br>Before: TERRANCE W HALL, U.S. MAGISTRATE JUDGE | Room<br>326<br><br>Date and Time<br>May 4, 2006 at 9:00 a.m. |
|---|---|

To answer a(n)
[] Indictment   [x] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 641

Brief description of offense:
THEFT

Ida Romack, Clerk of Court
Signature of Issuing Officer

by _/s/ [signature]_ Deputy Clerk
Name and Title of Issuing Officer

March 23, 2006 Fairbanks, Alaska
Date and Location

AO 83 (Rev. 12/85) Summons in a Criminal Case

> **NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

## RETURN OF SERVICE

Service was made by me on:[1]   Date  3-27-2006

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____
Toan Nguyen (spouse)

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 3-28-2006          Randy Johnson
             Date                Name of United States Marshal

                                 Holland X. Sand
                                 (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.