```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs_____CHANH VAN NGUYEN_____CASE NO. 4:06-CR-00007-TWH
Defendant: X  Present    ___In Custody   X On Summons   ___On Bond

BEFORE THE HONORABLE         TERRANCE W. HALL

DEPUTY CLERK/RECORDER:       MADELINE SCHOLL

UNITED STATES ATTORNEY:      LT. EVE ZAMORA

DEFENDANT'S ATTORNEY:        M.J. HADEN (telephonically)

U.S.P.O.:                    MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT ON INFORMATION     Held: May 4, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:48 a.m. court convened.

X Defendant sworn.

X Copy of Information given to defendant:(waived reading).

X Defendant advised of general rights.  X Waived full advisement.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED**.
   X Federal Public Defender accepted appointment; FPD notified.

X PLEA: X Not Guilty to Count 1 of the Misdemeanor Information.

X Conditions of Release filed.

X Counsel advised of trial date:   **8:30 a.m. July 12, 2006**

X Consent to be filed by **May 10, 2006** or case shall be
transferred to U.S. District Judge.

X Final Pretrial Conference set for  **2:00 p.m. July 10, 2006**

X Pretrial motions due:  **May 25, 2006**

At 9:18 a.m. court adjourned.




DATE:  May 19, 2006      DEPUTY CLERK'S INITIALS:      mas
```