M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 4:06-cr-0007-TWH |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO CHANGE PLEA** |
| CHANH VAN NGUYEN, | |
| Defendant. | |

Defendant, Chanh Van Nguyen, by and through counsel M. J. Haden, Staff Attorney, and hereby notifies the court of his intent to change his plea in the above styled case.  The parties are in the process of executing a written plea agreement.  Undersigned counsel estimates that the agreement will be completed by the end of the week of July 10, 2006.  Thus, Mr. Nguyen respectfully requests that the court vacate the final pre-trial conference currently scheduled for July 10, 2006, as well as, the trial by jury currently scheduled for July 12, 2006.  Mr. Nguyen also requests that the court schedule a change of plea hearing for the week of July 17, 2006

Undersigned counsel is unavailable due to matters scheduled in Anchorage on July 19 and 21.

DATED this 7th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden