M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHANH VAN NGUYEN,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0007-TWH<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

　　　　　Defendant, Chanh Van Nguyen, by and through counsel M. J. Haden, Staff Attorney, submits the following sentencing memorandum to aid the court at the imposition of sentence hearing scheduled for Thursday, October 5, 2006.

　　　　　Mr. Nguyen has entered a plea of guilty to one count of theft in violation of 18 U.S.C. § 641.  Pursuant to a written plea agreement, Mr. Nguyen asks that the court impose the following sentence:

- One year of probation with the special condition that Mr. Nguyen participate in mental health counseling as directed by the U.S. Probation Officer;

- $500 Fine; and

- $25 special assessment.

As the Presentence Report (PSR) reflects, Mr. Nguyen has spent the overwhelming majority of his adult life in military service – first serving in the Vietnamese Army from 1968 until 1975. After fleeing Vietnam as a refugee, he enlisted in the U.S. Army in 1977, and served until retiring with an honorable discharged in 1995. During his military service, Mr. Nguyen saw combat on numerous occasions resulting in injuries to his knee, eardrum, and face.

Partially as a result of his military service, today Mr. Nguyen suffers from many medical aliments, most notably on-going problems with his knee. During the pendency of this case, he has traveled several times to the VA hospital in Seattle for surgery and treatment. He also has been diagnosed with diabetes, sleep apnea, high blood pressure, and Hepatitis C.

As the PSR notes, Mr. Nguyen has been gainfully employed throughout his life. He has led a very interesting and colorful life. He has had the responsibility of caring for his younger brother and sister upon his arrival to the United States and has since raised a family of his own. He is certainly an intelligent and personable individual.

The parties agree that the above-mentioned disposition is the appropriate sentence in this case. The fine, which is more than five times the value of the stolen merchandise, will send a message to both Mr. Nguyen and to the community as a whole that theft does not pay, while the period of probation will allow Mr. Nguyen the opportunity to participate in mental health counseling that may help him to resolve whatever issues are motivating his aberrant behavior.

Thus, Mr. Nguyen respectfully requests that the court impose a sentence of one year probation with the special condition that he participate in mental health counseling

as directed by the U.S. Probation Officer, a fine of $500, and a special assessment of $25. As Mr. Nguyen has no history of substance abuse, he requests that the three mandatory drug tests be waived.

DATED this 28th day of September 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on September 28, 2006, a copy of the foregoing document, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden