NELSON COHEN
United States Attorney

TODD N. GEORGE
Special Assistance U. S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907) 353-6511
Fax: (907) 353-6662
WA Bar No. 30436

Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         ) | |
| ) | **Case No. 4:06-cr-00007-TWH** |
| **Plaintiff,**         ) | |
| ) | **GOVERNMENT'S** |
| **vs.**         ) | **SENTENCING** |
| ) | **MEMORANDUM** |
| **CHANH V. NGUYEN**         ) | |
| ) | |
| ) | |
| **Defendant.**         ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and submits its Sentencing Memorandum concerning defendant, Chanh V. Nguyen, as follows:

**I.   Objections:**

The government has no objection to the recommendations in the Pre-Sentence Report (PSR).

**II.   Government's Recommendation:**

As contemplated by the plea agreement, the government recommends that the court sentence the defendant to 1) One Year Probation, 2) a $500.00 fine, 3) $25.00

Special Assessment Fee, and 4) a Mental Health Evaluation and Counseling. However, in light of the PSR, the government will have no objection to a finding by the Court that the defendant does not have the ability to pay a fine.

The contemplated sentence protects the citizens of the State and provides a just punishment. The government respectfully recommends that the court impose sentence in accordance with the plea agreement as detailed.

RESPECTFULLY SUBMITTED this 28th day of September 2006.

NELSON COHEN
United States Attorney


/s/Todd N. George
TODD N. GEORGE
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6511
Fax:(907)353-6662
todd.n.george@wainwright.army.mil
WA Bar No. 30436

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2006,
A copy of the foregoing **GOVERNMENT'S SENTENCING MEMORANDUM** was served via Electronic Filing on:

M. J. Haden,
Attorney for Defendant

/s/Todd N. George