MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __CHANH VAN NGUYEN__ CASE NO. __4:06-CR-00007-TWH__
Defendant: _X_ Present  __ In Custody  __ On Bond  _X_ On Summons

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____CATHRINE CONKLIN_____

UNITED STATES' ATTORNEY: ___TODD GEORGE_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____MARCI LUNDGREN_____

PROCEEDINGS: IMPOSITION OF SENTENCE        Held: October 5, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:07 a.m. court convened.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Sentence imposed as stated in the judgment.

At 8:16 a.m. court adjourned.

DATE: _October 5, 2006_____ DEPUTY CLERK'S INITIALS: _cc___