**RECEIVED**

OCT 19 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Report and Order Terminating Probation/
Supervised Release

## United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.                                Case No.    4:06-CR-00007 (TWH)

CHANH VAN NGUYEN

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on October 4, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE

Toni M. Ostanik                                         Date
U.S. Probation/Pretrial Services
Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this  18  day of  Oct , 20 07 .

REDACTED SIGNATURE

Terrance W. Hall
U.S. Magistrate Judge